IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



RECEIVED
SEP 27 2021
PRO SE OFFICE

Edna Igasfua

_____

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

One Police Department
(79th) precent

_____

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Complaint for Violation of Civil Rights
(Non-Prisoner Complaint)

Case No. **CV 21- 6001**

(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

VITALIANO, J.

BLOOM, M.J.

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Edna Igartua
Street Address: 31 Van Buren St Apt 404
City and County: Brooklyn (Kings County)
State and Zip Code: New York 11221
Telephone Number: (347) 251-8762
E-mail Address: zoeicasade@mail.con

Home#(347) 489-3189
Cell#(347) 365-6657

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: One Police Plaza
Job or Title (if known): Detectives in the 79th Precinct
Street Address: 263 Tompkins Ave.
City and County: Brooklyn (Kings)
State and Zip Code: New York 11216
Telephone Number: (718) 636-6611
E-mail Address (if known): https://www.nyc.gov

2

Defendant No. 2

    Name _____
    Job or Title _____
    (if known)
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____
    Job or Title _____
    (if known)
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)

Defendant No. 4

    Name _____
    Job or Title _____
    (if known)
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)
☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False arrest and Sexual misconduct

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The police departments behavior was inappropriate where they have been a witness to an assault that could of been prevented.

In back is more statments.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

one of the incidents the November 29 2020 incident happen at VanBuren St and Throop Avenue where I was Attacked and falsely Arrested

B. What date and approximate time did the events giving rise to your claim(s) occur?

Between 7pm 8:30 pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was attacked by a repetive neighbor who has in the past assaulted me many times in every way. this time he had a bottle and they hit me on my head back neck. I ran to the officers up the block and told an officer. Then a minute later after the neighbor Jimmy Raynum had the bottle and hit me with it the officers told him to stop and warned him. But the strange part they didn't try to attempt to rush after him or use their Body or anything to protect me then I fought back with pepper spray and that's when they decided that this

They didnt feel enough remorse for my neighbor hitting me with a bottle in front but to defend my self ~~was~~ is a crime.

Case 1:21-cv-06001-ENV-SDE    Document 1    Filed 10/27/21    Page 7 of 15 PageID #: 7

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Head Neck back injuries

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Award me restitution of the amount of $15 million for emotional mental distress being detained for no reason and other incidents for the past 5 years I have dealt with them. I also have an investigation going on with CCRB.



## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 2, 2021

Signature of Plaintiff: *Edna Igartua*

Printed Name of Plaintiff: Edna Igartua

Edna Igartua
31 Van Buren St. Apt #404
Brooklyn, N.Y. 11221
Sept 10, 2021
page 1

To whom it may concern,

My name is Edna Igartua I write to you to make a real formal complaint of discrimination on my religion that I am being persecuted for.

I write to you of the injustice and the inhumane atrocities that I have endured, where I have not committed any criminal objective word, act on anyone to force or threathen to commit other than myself of my own choice to chose my religion where I have not committed a crime of violence or engage in a group to overthrow society or the government.

Though I know I was used to do such things to be the system model to do what and to try turn me and society to be convert and

where these two entities (1) The 79th Precinct and ~~[struck out]~~ Black Veterans for Social Justice that has abused their power of authority to allow and endorse atrocities ~~[struck out]~~ of evil people to destroy me my mind destressing me whereas I have gotten numerous of different illnesses with 2 years (1) STD, acute heart disease, depression, STD, asthma it goes on. I will like that you can left the Banned and hear my case. please. I have evidence of the claiment and I need justice. Thank you.

my contacts is: lowfina@gmail.com and my cell # is (347) 385-6557. Home number is (347) 789-3189

Thank you

Edna Gantua
Sept 27, 2021

Page 3

1. November 29, 2020

1) I was fosley arrested when I had seeked the officers on another situation (A knife) and asked for their help that I was being assaulted, and then got assaulted again in front of the 79th Precient officers witnessing and arrested me when they stood Alone waite for me to get hurt while asking for their help from a repeated offender who is my neighbor who has been arrested (4) time including my arrest that dismissed, and knew that he did have a weapon but the excuse was the Dectyp Johnson said to a present DA its ___ who looked into why my arrest on Mr. Jimmy Raynum didn't go through, he stated that their was a weapon, though it was away from me. Though they saw him pulled #9 box cutter out on me this is the corruption.

Page 5

3. I had called the 79th Precient to seek the status of my case against Mr. Steven Lee who I presently have a order of protection Against. Order of Protection # is. CR-001132-20KN.

Who has gotten arrested since 2020 and till this day even with the order of protection, he has continued to threathen, pullout weapons, spat, contact by face to face or phone or through third party contact.

September 14, 2020 Mr. Steven Lee has recently has threathen me that he will have me kill myself or kill me that he will "Quote" fuck with me everyday until it happens. Harassing me in the hallway, following me in the street trying to fight me in the street.

So I have asked the Dective on the case Det. Bonapart to help if th

Page (7)

on as well as being ~~arrested~~ arrested for my first ~~statement~~ complaint. There is a document that I have submitted attached to this letter of statement of complaints.

(5) When I call for help or assistance on how to deal or what to do ~~wit~~ about ~~being~~ the men in my building that are members of ~~gang~~ the idoo and ~~out~~ paid workers of the ~~Housing~~ Mental Health housing Agency that had bribed them due to their involvment membership of an Ant-chris organization of the New World order. These mentally ~~ill~~ civilians are pimps and drug dealears as well as drug users. Being protected by objective word Mental Health. should be Mentaly ill organization What I am saying is that they hang up on me they take my life as a joke as if was Entertainment and enjoy

Page (9)

I am asking that I be for my mental and emotional distress. My claiment is for $75 millio. Theses are my statement of violation of injustice on me. If you will like ask me any question please contact me at (347) 385-6557

Edna gartyg
Sept 14, 2021



---------- Forwarded message ---------
From: **Zoey Casado** <zoeycasado@gmail.com>
Date: Tue, Nov 24, 2020, 11:02 AM
Subject: Fwd: Cases under active CCRB investigation
To: <jmacias@bvsj.org>


---------- Forwarded message ---------
From: **Zoey Casado** <zoeycasado@gmail.com>
Date: Tue, Nov 24, 2020, 10:48 AM
Subject: Fwd: Cases under active CCRB investigation
To: Jasmin Macias <JMacias@bvsj.org>


---------- Forwarded message ---------
From: **Rigie, Eric (CCRB)** <ERigie@ccrb.nyc.gov>
Date: Tue, Sep 29, 2020, 5:23 PM
Subject: Cases under active CCRB investigation
To: zoeycasado@gmail.com <zoeycasado@gmail.com>

Good Afternoon Ms. Igartua,


Per your request, the CCRB cases currently under active investigation are 202004568, 202006331, and 202006458. Please let me know if I can be of further assistance.


Sincerely,


Eric Rigie

Investigations Manager, Squad 10

Civilian Complaint Review Board

100 Church Street, 10th Floor

1