RECEIVED IN PRO SE OFFICE
APR 11 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 10 2023 ★
BROOKLYN OFFICE
s/ → 4/11/23

Edna Igartua
31 Van Buren St. 404
Brooklyn N.Y. 11221
March 30, 2023
Page 1

United States District
Eastern District of
New York
225 Cadman Plaza E
Brooklyn, N.Y. 11201

Dear Your Honor,

Hello, My Name is Edna Igartua. I have a writen to you about my present case to arbitrate it to a claim.

I will like to apologize for draging this case (my) case so long. In its entirely its Not all my fault I have

I have personal issues that pertains to this case that is making my life a living hell due to this case is base on an officer, though in its entirety, its really based on the misconduct and mistreatment that I am enduring. Which isn't quite fare to me when I am apparently the victim in this case or cases.

I am a D.V. victim, with including a victim of my D.V. abusers who are gang members who have been prostituting me without my consent. Against my will.

That is why I will like to Amend this Civil action suit complaint to including the real scope of the 79th precincts unproffessional and mistreatment.

to a full complaint of the entire 79th Precent. At this time I am not liked. I understand the 79th Police department feels that I have used their time and service though the question is why haven't they done nothing about something such as ~~easter~~ forced enslaved prostitution in an Mental Health Housing Program that is dealing with their Clients due scope of the objective of Mental Health and yet they are no Program and the Police are aware horrific activities that are done or giving order to do such things and make me a target to make involve myself in a Religious Criminal organization self defeat me and my beliefs of who

I chose to serve as my master God and lord and yet them these two entities are ~~violating~~ violating me on my rights of freedom of Religion. Freedom of my deserum of sexuality and ~~it~~ if I chose to want to sleep with someone else. My freedom my right to chose to do what I will in my life. And that is why I am asking to amend to add all those other complaent to straighten out this ~~problem~~ issue with the Police department. And I have made a new complaent for my Mental Heal Housing program. ~~~~

Edna Tgartug
Black Veterans for Social Justice

and it was denied. I feel that I am being discriminated by my religion and the act of being prosituted having to have no right to fight for my rights and for getting out of this hidious reign.

Please help. Tell can I appeal and with whom? Thank you

*Edna Igartua*

Edna Igartua.

P.S. my contact number is two numbers (929) 362-8257 or (347) 792-8102. Thank you again.

Edna Igartua
31 Van Buren St. Apt #4H
Brooklyn N.Y. 11221

United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, N.Y. 11201